671 A.2d 585

IN THE MATTER OF DEXTER B. BLAKE,
AN ATTORNEY AT LAW.

March 6, 1996.

**ORDER**

The Disciplinary Review Board having on January 29, 1996, filed with the Court its decision recommending that a letter of admonition be issued to **DEXTER B. BLAKE** of **BASKING RIDGE,** who was admitted to the bar of this State in 1970, for violation of *RPC* 1.3 (lack of diligence) and *RPC* 1.4(a) (failure to communicate), and good cause appearing;

It is ORDERED that the Disciplinary Review Board is authorized to issue a letter of admonition to respondent; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.